**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**


STAYCE CURTIS                                                    Plaintiff

v.                                      4:06CV01582 JFF

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration,                                         Defendant


<u>**JUDGMENT**</u>


Pursuant to the Order filed in this matter this date, it is Considered, Ordered and Adjudged that the decision of the Commissioner is affirmed and that Plaintiff's complaint is dismissed with prejudice.

IT IS SO ORDERED.

DATED this 8th day of February, 2008.


UNITED STATES MAGISTRATE JUDGE